FILE COPY



SHARON KELLER
PRESIDING JUDGE

LAWRENCE MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

December 10, 2014

JUDGE DAVID V. WILSON
217TH DISTRICT COURT
P.O. BOX 908
Lufkin, TX 75902

4th Court Of Appeals Clerk
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, THIRD FLOOR
San Antonio, TX 78205-3037
* DELIVERED VIA E-MAIL *

Carey Jensen
Assistant District Attorney
Wichita County CDA's Office
900 7th Street, Room 351
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

District Clerk Angelina County
Reba Squyres
P.O. Box 908
Lufkin, TX 75902
* DELIVERED VIA E-MAIL *

Robert A. Morrow
Attorney at Law
24 Waterway Ave.  Suite 660
The Woodlands, TX 77380
* DELIVERED VIA E-MAIL *

District Attorney Angelina County
Art Bauereiss
P. O. Box 908
Lufkin, TX 75902
* DELIVERED VIA E-MAIL *

**Re:** SAENZ, KIMBERLY CLARK
**CCA No.** PD-0253-14
**Trial Court Case No.** CR28665

**COA No.** 04-12-00238-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk